168 A.3d 68

**YECHESKEL**

v.

**BANK OF AMERICA**

**Pet. Docket No. 182, Sept.Term, 2017**

Court of Appeals of Maryland.

August 25, 2017

(No. 426881V, Circuit Court for Montgomery County.)

Petition for writ of certiorari dismissed

■

168 A.3d 68

**RODRIGUEZ**

v.

**COOPER**

**Pet Docket No. 157, Sept.Term, 2017**

Court of Appeals of Maryland.

August 28, 2017

Opinion of the Court of Special Appeals unreported (Nos. 1971 & 2850, Sept. Term, 2015, No. 904, Sept. Term, 2016). Transferred to the regular docket as No. 27, Sept. Term, 2017.

Petition for writ of certiorari granted